**Samuel R. Miller  (SBN 66871)**
**Ryan M. Sandrock**
**Paul L. Yanosy  (SBN 233014)**
**SIDLEY AUSTIN LLP**
**555 California Street**
**San Francisco, California  94104**
**Telephone:     (415) 772-1200**
**Facsimile:     (415) 772-7400**

**Steven A. Ellis  (SBN 171742)**
**SIDLEY AUSTIN LLP**
**555 West Fifth Street**
**Los Angeles, California 90013**
**Telephone:    (213) 896-6000**
**Facsimile:    (213) 896-6600**

**Attorneys For Defendant**
**FEDEX CORPORATION**
**FEDEX FREIGHT CORPORATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALUM-A-LIFT, INC., | Case No. 07-cv-5555-MMC |
| Plaintiff, | Assigned to: Hon. Maxine M. Chesney |
| v. | **JOINT STIPULATION REGARDING RESPONSE TO COMPLAINT PENDING DECISION ON MDL MOTION; [PROPOSED] ORDER ATTACHED HEREWITH** |
| ARKANSAS BEST CORPORATION, *et al.*, | |
| Defendants. | |

Pursuant to Civil L.R. 7-11, Plaintiff and Defendants, by and through their counsel of record, hereby submit this Joint Stipulation Regarding Response To Complaint Pending Decision on MDL Motion.

WHEREAS Plaintiff filed a Complaint in the above-captioned case on or about October 31, 2007;

WHEREAS Plaintiff alleges price fixing of fuel surcharges for less-than truckload truck shipments;

WHEREAS other plaintiffs have filed at least forty other complaints in federal district courts around the country based on the same or similar allegations and naming some or all of the same defendants (collectively "the LTL Shipping Services Antitrust Cases");

WHEREAS numerous motions have been filed before the Judicial Panel on Multidistrict Litigation ("JPML") for the purpose of consolidating for pretrial purposes all of the LTL Shipping Services Antitrust Cases ("MDL No. 1895") in one district court pursuant to 28 U.S.C. § 1407;

WHEREAS the JPML will conduct a hearing on November 29, 2007 in MDL No. 1895 to determine whether and where the cases will be consolidated;

WHEREAS the parties anticipate that the cases will be transferred to a single federal district court and consolidated, and there will be a consolidated amended complaint;

WHEREAS the parties have agreed that an orderly schedule for any response to the pleadings, allowing for the transfer and consolidation of cases, would be more efficient for the parties and for the Court;

WHEREAS Plaintiff agrees that the deadline for Defendants to respond to the Complaint should be extended until the earlier of the following three dates: (1) forty-five days after the filing in the MDL transferee court of a Consolidated Amended Complaint in the LTL Shipping Services Antitrust Cases; (2) forty-five days after Plaintiffs provide written notice to Defendants that they do not intend to file a Consolidated Amended Complaint, provided that such notice may be given only at or after the initial case management conference in the MDL transferee court; or (3) such other date as set by the MDL transferee court;

WHEREAS Defendants agree that the defense counsel identified below will accept service on behalf of their clients of all complaints in this matter, including any amended or consolidated complaints, and that such Defendants shall not contest the sufficiency of process or service of process; provided, however, that this Stipulation does not constitute a waiver of any other defense, including but not limited to the defense of lack of personal or subject matter jurisdiction, improper venue, or service of an improper entity;

THEREFORE, PLAINTIFF AND DEFENDANTS, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1. The deadline for the Defendants to respond to the Complaint shall be extended until the earlier of the following three dates: (1) forty-five days after the filing in the MDL transferee court of a Consolidated Amended Complaint in the LTL Shipping Services Antitrust Cases; (2) forty-five days after Plaintiffs provide written notice to Defendants that they do not intend to file a Consolidated Amended Complaint, provided that such notice may be given only at or after the initial case management conference in the MDL transferee court; or (3) such other date as set by the MDL transferee court.

2. The defense counsel identified below shall accept service on behalf of their clients of all complaints in this matter, including any amended or consolidated complaints, and such Defendants shall not contest the sufficiency of process or service of process; provided, however, that by entering into this Stipulation no Defendant waives any other defense, including but not limited to the defense of lack of personal or subject matter jurisdiction, improper venue, or service of an improper entity.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: November 20, 2007 | ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP<br><br>Francis O. Scarpulla (SBN 41059)<br>Craig C. Corbitt (SBN 83251)<br>Christopher T. Micheletti (SBN 136446)<br>Jose M. Umbert (SBN 227318)<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA  94104<br>Telephone:  (415) 693-0700<br>Facsimile:  (415) 693-0770<br><br>By:_____/s/_____<br>         Craig C. Corbitt<br><br><br>BELZER, HULCHIY & MURRAY<br><br>3650 Mt. Diablo Blvd., Ste. 130<br>Lafayette, CA  94549<br>San Francisco, CA  94105<br>Telephone:  (925) 284-9600<br>Facsimile:  (925) 284-9630<br><br>Attorneys for Plaintiff Alum-A-Lift, Inc. |

3

**JOINT STIPULATION; [PROPOSED] ORDER– CASE NO. 07-CV-5555-MCC**

SF1 1477994v.1

| | |
|---|---|
| Dated: November 20, 2007 | SIDLEY AUSTIN LLP<br>Samuel R. Miller (SBN 66871)<br>Ryan M. Sandrock<br>Paul L. Yanosy (SBN 233014)<br>555 California Street, Suite 2000<br>San Francisco, CA 94104-1715<br>Telephone: (415) 772-1200<br>Facsimile: (415) 772-7400<br><br>Steven A. Ellis (SBN 171742)<br>555 West Fifth Street<br>Los Angeles, CA 90013<br><br>By: _____/s/_____<br>         Samuel R. Miller<br><br>Attorneys for Defendants FedEx Corp. and FedEx Freight, and signing on behalf of Defendants Arkansas Best Corporation, ABF Freight Systems, Inc., Averitt Express, Inc., Con-Way Freight, Inc., Estes Express Lines, Inc., Jevic Transportation, Inc., Sun Capital Partners IV, LLC, Sun Capital Partners IV, LLC, Old Dominion Freight Line, Inc., R+L Carriers, Inc., SAIA, Inc., SAIA Motor Freight Line, LLC, United Parcel Service, Inc. and YRC Worldwide, Inc. |

*Filer's Attestation:* Sam Miller hereby attests that concurrence in the filing of this document has been obtained.

---

4

**JOINT STIPULATION; [PROPOSED] ORDER– CASE NO. 07-CV-5555-MCC**

SF1 1477994v.1

1

2  MAYER BROWN LLP                                    MILLER & MARTIN PLLC
   Richard J. Favretto                                G. Brian Jackson
3  1909 K Street, N.W.                                1200 One Nashville Place
   Washington, D.C. 20006-1101                        150 Fourth Avenue
4                                                     Nashville, TN  37219

5  John Nadolenco
   350 South Grand Avenue, 25th Floor                 LATHAM & WATKINS LLP
   Los Angeles, CA 90071-1503                         Margaret M. Zwisler
6                                                     Suite 1000
   Attorneys for Defendants Arkansas Best Corp.       555 Eleventh Street, NW
7  and ABF Freight Systems, Inc.                      Washington, DC  20004-1304

8                                                     Charles H. Samel
                                                      Suite 4000
9                                                     633 W. Fifth Street
                                                      Los Angeles, CA  90071
10
                                                      Attorneys for Defendant Averitt Express, Inc.
11

12 HOWREY LLP                                         MORGAN, LEWIS, & BOCKIUS, LLP
   Robert G. Abrams                                   William P. Quinn, Jr.
13 Sean Boland                                        Mark P. Edwards
   Stephen Weissman                                   1701 Market Street
14 1299 Pennsylvania Ave., N.W.                       Philadelphia, PA  19103
   Washington, D.C.  20004
15                                                    Attorneys for Defendants Jevic Transportation,
   David G. Meyer                                     Inc. and Sun Capital Partners IV, LLC
16 550 South Hope Street, Suite 1100
   Los Angeles, CA 90071
17
   Attorneys for Defendant YRC Worldwide, Inc.
18

19 HUNTON & WILLIAMS LLP                              CLIFFORD CHANCE US LLP
   Thomas G. Slater, Jr.                              Julia C. Symon
20 951 East Byrd Street                               Leiv H. Blad
   Richmond, Virginia 23219-4074                      Boyd T. Cloern
21                                                    2001 K St., N.W.
                                                      Washington, DC  20006
22 Ray V. Hartwell, III
   1900 K Street NW
23 Washington, DC 20006                               Attorneys for Defendant Old Dominion Freight
                                                      Line, Inc.
24
   Attorneys for Defendants AAA Cooper
25 Transportation and Estes Express Lines

26

27

28

| | |
|---|---|
| BAKER, DONELSON, BEARMAN,<br>  CALDWELL & BERKOWITZ, PC<br>David B. Hall<br>1600 Wachovia Tower<br>420 North 20th Street<br>Birmingham, AL  35203<br><br>John G. Calender<br>Lincoln Square<br>555 Eleventh Street, N.W., Sixth Floor<br>Washington, D.C.  20004<br><br>Attorneys for Defendant R+L Carriers, Inc. | BRYAN CAVE LLP<br>W. Perry Brandt<br>One Kansas City Place<br>1200 Main Street, Suite 3500<br>Kansas City, MO  64105-2100<br><br>Attorneys for Defendants SAIA, Inc. and SAIA Motor Freight Line, LLC |
| MORRISON & FOERSTER LLP<br>Paul T. Friedman<br>425 Market Street<br>San Francisco, CA  94105-2482<br><br>Gregory B. Koltun<br>555 W. Fifth Street, 35th Floor<br>Los Angeles, CA  90013<br><br>Attorneys for Defendant United Parcel Service, Inc. | GIBSON, DUNN & CRUTCHER LLP<br>Jeffrey T. Thomas<br>3161 Michelson Drive<br>Irvine, CA  92612-4412<br><br>Joel S. Sanders<br>One Montgomery Street, Suite 3100<br>San Francisco, CA  94104<br><br>Attorneys for Defendant Con-way Freight Inc. |

JONES DAY
Thomas F. (Tim) Cullen, Jr.
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113

Attorneys for Defendant New England Motor Freight, Inc.