**Samuel R. Miller  (SBN 66871)**
**Ryan M. Sandrock**
**Paul L. Yanosy  (SBN 233014)**
**SIDLEY AUSTIN LLP**
**555 California Street**
**San Francisco, California  94104**
**Telephone:    (415) 772-1200**
**Facsimile:     (415) 772-7400**

**Steven A. Ellis  (SBN 171742)**
**SIDLEY AUSTIN LLP**
**555 West Fifth Street**
**Los Angeles, California 90013**
**Telephone:    (213) 896-6000**
**Facsimile:     (213) 896-6600**

**Attorneys For Defendant**
**FEDEX CORPORATION**
**FEDEX FREIGHT CORPORATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALUM-A-LIFT, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ARKANSAS BEST CORPORATION, *et al.*,<br><br>　　　　Defendants. | Case No. 07-cv-5555-MMC<br><br>Assigned to: Hon. Maxine M. Chesney<br><br>**[PROPOSED] ORDER** |

---

**JOINT STIPULATION; [PROPOSED] ORDER– CASE NO. 07-CV-5555-MCC**

SF1 1477994v.1

1  For the reasons set forth in the Joint Stipulation Regarding Response to Complaint Pending
2  Decision on MDL Motion, and good cause appearing, it is hereby ordered that the deadline for the
3  Defendants to respond to the Complaint in this matter shall be extended until the earlier of the
4  following three dates: (1) forty-five days after the filing in the MDL transferee court of a
5  Consolidated Amended Complaint in the LTL Shipping Services Antitrust Cases; (2) forty-five days
6  after Plaintiffs provide written notice to Defendants that they do not intend to file a Consolidated
7  Amended Complaint, provided that such notice may be given only at or after the initial case
8  management conference in the MDL transferee court; or (3) such other date as set by the MDL
9  transferee court.

11  **IT IS SO ORDERED.**

13  Dated: _____

14  Hon. Maxine M. Chesney
   United States District Judge