1  Samuel R. Miller (SBN 66871)
   Ryan M. Sandrock
2  Paul L. Yanosy (SBN 233014)
   SIDLEY AUSTIN LLP
3  555 California Street
   San Francisco, California 94104
4  Telephone:    (415) 772-1200
   Facsimile:    (415) 772-7400
5
   Steven A. Ellis (SBN 171742)
6  SIDLEY AUSTIN LLP
   555 West Fifth Street
7  Los Angeles, California 90013
   Telephone:    (213) 896-6000
8  Facsimile:    (213) 896-6600

9  Attorneys For Defendant
   FEDEX CORPORATION
10 FEDEX FREIGHT CORPORATION

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13 ALUM-A-LIFT, INC.,                    )  Case No. 07-cv-5555-MMC
14                                       )
              Plaintiff,                 )  Assigned to: Hon. Maxine M. Chesney
15                                       )  [PROPOSED] ORDER
        v.                               )
16                                       )
                                         )
17 ARKANSAS BEST CORPORATION, et al.,    )
                                         )
18            Defendants.                )
                                         )
19                                       )
                                         )
20                                       )
                                         )
21 _____)

---

**JOINT STIPULATION; [PROPOSED] ORDER– CASE NO. 07-CV-5555-MCC**

SF1 1477994v.1

1  For the reasons set forth in the Joint Stipulation Regarding Response to Complaint Pending Decision on MDL Motion, and good cause appearing, it is hereby ordered that the deadline for the Defendants to respond to the Complaint in this matter shall be extended until the earlier of the following three dates: (1) forty-five days after the filing in the MDL transferee court of a Consolidated Amended Complaint in the LTL Shipping Services Antitrust Cases; (2) forty-five days after Plaintiffs provide written notice to Defendants that they do not intend to file a Consolidated Amended Complaint, provided that such notice may be given only at or after the initial case management conference in the MDL transferee court; or (3) such other date as set by the MDL transferee court.

**IT IS SO ORDERED.**

Dated: November 21, 2007

_____
Hon. Maxine M. Chesney
United States District Judge