| | |
|---|---|
| 1 | FRANCIS O. SCARPULLA (41059) |
| 2 | CRAIG C. CORBITT (83251) |
|   | CHRISTOPHER T. MICHELETTI (136446) |
| 3 | JOSE M. UMBERT (227318) |
|   | ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP |
| 4 | 44 Montgomery Street - Suite 3400 |
|   | San Francisco, California 94104 |
| 5 | Telephone: 415-693-0700 |
|   | Facsimile: 415-693-0770 |
| 6 |  |
| 7 | Attorneys for Plaintiff, |
|   | ALUM-A-LIFT, INC. AND THE PROPOSED CLASS |
| 8 |  |
|   | [Additional Counsel listed on signature page] |
| 9 |  |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALUM-A-LIFT, INC., on Behalf of Itself and All Others Similarly Situated, | Case No. C 07-5555 MMC |
| Plaintiffs, | **PROOFS OF SERVICE OF SUMMONS AND COMPLAINT** |
| vs. | |
| ARKANSAS BEST CORPORATION, ABF FREIGHT SYSTEM, INC., AVERITT EXPRESS, CON-WAY, INC., CON-WAY FREIGHT, INC., ESTES EXPRESS LINES, FEDEX CORPORATION, FEDEX FREIGHT CORPORATION, JEVIC TRANSPORTATION, INC., SUN CAPITAL PARTNERS IV, LLC, NEW ENGLAND MOTOR FREIGHT, INC., OLD DOMINION FREIGHT LINE, INC., R+L CARRIERS, INC., SAIA, INC., SAIA MOTOR FREIGHT LINE LLC, UNITED PARCEL SERVICE, INC. and YRC WORLDWIDE INC., | |
| Defendants. | |

Attached are Proofs of Service of Summons and Complaint for the following Defendants:

1. Arkansas Best Corporation
2. ABF Freight System, Inc.
3. Averitt Express
4. Con-Way, Inc.
5. Con-Way Freight, Inc.
6. Estes Express Lines
7. FedEx Corporation
8. FedEx Freight Corporation
9. Jevic Transportation, Inc.
10. Sun Capital Partners IV, LLC
11. New England Motor Freight, Inc.
12. Old Dominion Freight Line, Inc.
13. R+L Carriers, Inc.
14. Saia, Inc
15. Saia Motor Freight Line LLC
16. United Parcel Service, Inc.
17. YRC Worldwide Inc.

DATED:  November 27, 2007

By   /s/   Christopher T. Micheletti

FRANCIS O. SCARPULLA (41059)
CRAIG C. CORBITT (83251)
CHRISTOPHER T. MICHELETTI (136446)
JOSE M. UMBERT (227318)
ZELLE, HOFMANN, VOELBEL, MASON
 & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:  (415) 693-0700
Facsimile:  (415) 693-0770


NICHOLAS P. HULCHIY
BELZER, HULCHIY & MURRAY
3650 Mt. Diablo Blvd., Ste 130
Lafayette, CA 94549
Telephone:  (925) 284-9600
Facsimile:  (925) 284-9630 (fax)

Attorneys for Plaintiff ALUM-A-LIFT, INC.
AND THE PROPOSED CLASS