# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

ALUM-A-LIFT, INC., on Behalf of Itself and All Others Similarly Situated,

       Plaintiffs,

V.

ARKANSAS BEST CORPORATION, ABF FREIGHT SYSTEM, INC., AVERITT EXPRESS, CON-WAY, INC., CON-WAY FREIGHT, INC., ESTES EXPRESS LINES, FEDEX CORPORATION, FEDEX FREIGHT CORPORATION, JEVIC TRANSPORTATION, INC., SUN CAPITAL PARTNERS IV, LLC, NEW ENGLAND MOTOR FREIGHT, INC., OLD DOMINION FREIGHT LINE, INC., R+L CARRIERS, INC., SAIA, INC., SAIA MOTOR FREIGHT LINE LLC, UNITED PARCEL SERVICE, INC. and YRC WORLDWIDE INC.,

       Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C 07 5555 MMC

TO: (Name and address of Defendant)

Arkansas Best Corporation, 3801 Old Greenwood Road, Fort Smith, Arkansas 72903; ABF Freight System, Inc., 3801 Old Greenwood Road, Fort Smith, Arkansas 72903; Averitt Express, Perimeter Place One, 1415 Neal Street, Cookeville, Tennessee 38502; Con-Way, Inc., 2855 Campus Drive, Suite 300, San Mateo, California 94403; Con-Way Freight, Inc., 110 Parkland Plaza, Ann Arbor, Michigan 48103; Estes Express Lines, 3901 West Broad Street, Richmond, Virginia 23230; FedEx Corporation, 942 South Shady Grove Road, Memphis, Tennessee 38120; FedEx Freight Corporation, 942 South Shady Grove Road, Memphis, Tennessee 38120; Jevic Transportation, Inc., 600-700 Creek Road, Delanco, New Jersey 08075; Sun Capital Partners IV, LLC, 5200 Town Center Circle, Suite 470, Boca Raton, Florida 33486; New England Motor Freight, Inc., 1-71 North Avenue East, Elizabeth, New Jersey 07201; Old Dominion Freight Line, Inc., 500 Old Dominion Way, Thomasville, North Carolina 27360; R+L Carriers, Inc., 600 Gillam Road, Wilmington, Ohio 45177; Saia, Inc., 11465 Johns Creek Parkway, Suite 400, Duluth, Georgia 30097; Saia Motor Freight Line LLC, 11465 Johns Creek Parkway, Suite 400, Duluth, Georgia 30097; United Parcel Service, Inc., 55 Glenlake Parkway, NE, Atlanta, Georgia 30328 and YRC Worldwide Inc., 10990 Roe Avenue, Overland Park, Kansas 66211

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher T. Micheletti
ZELLE, HOFMANN, VOELBEL, MASON & GETTE, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104

an answer to the complaint which is served on you with this summons, within __20 (twenty)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING                    OCT 3 1 2007

CLERK                                               DATE

(By) DEPUTY CLERK

MARY ANN BUCKLEY

2002 © American LegalNet, Inc.

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 11-16-07 |
| NAME OF SERVER (PRINT) Monica J. Hayes | TITLE Special Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☒ Other (specify): Corporate Service to Averitt Express 1200 One Nash Place, 150 4th Ave. North, Nashville, TN 37219. Received by Donna Beard - Authorized Agent

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-16-07     Monica J. Hayes
              Date          Signature of Server

ALLIED INVESTIGATIVE SERVICES
1119 OLD MONROVIA RD
HARVEST, AL 35749
          (888) 366-1550
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2002 © American LegalNet, Inc.