| | |
|---|---|
| CHRISTOPHER T. MICHELETTI (#136446)<br>ZELLE, HOFMANN, VOELBEL, MASON<br>& GETTE, LLP<br>44 MONTGOMERY STREET, SUITE 3400<br>SAN FRANCISCO, CA 94104<br>Telephone: (415) 693-0700<br>Facsimile: (415) 693-0770<br>**Attorney(s) for:** PLAINTIFF, ALUM-A-LIFT, INC.,<br>AND THE PROPOSED CLASS<br>Reference: 3004705 | |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALUM-A-LIFT, INC., on Behalf of Itself and All others Similarly Situated<br><br>**Plaintiff(s)** | CASE NUMBER: C 07 5555 MMC |
| v.<br>ARKANSAS BEST CORPORATION, et al.<br><br>**Defendant(s)** | **PROOF OF SERVICE<br>SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:
   a. ☒ summons   ☒ complaint   ☐ alias summons   ☐ first amended complaint
      in a civil case                                  ☐ second amended complaint
                                                       ☐ third amended complaint
   ☒ other *(specify)*: CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; (BLANK) CASE MANAGEMENT CONFERENCE ORDER; STANDING ORDERS FOR CIVIL CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; (BLANK) WAIVER OF SERVICE OF SUMMONS; (BLANK) NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS; ECF REGISTRATION INFORMATION HANDOUT; IN ADDITION TO THE LOCAL RULES, THE FOLLOWING GUIDELINES HAVE BEEN PROVIDED TO ENSURE THAT THE FILING PROCESS IS ACCOMPLISHED WITH EASE AND ACCURACY; ALTERNATIVE DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA

2. **Person served:**
   a. ☒ Defendant *(name)*: ESTES EXPRESS LINES
   b. ☒ Other *(specify name and title or relationship to the party/business named)*: GARY OKES, CHIEF FINANCIAL OFFICER
   c. ☒ Address Where papers were served: **3901 WEST BROAD STREET, RICHMOND, VA 23230**

3. **Manner of service in compliance with** *(the appropriate box must be checked)*:
   a. ☒ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. **I served** the person named in item 2:

   a. ☒ **By Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least (12) years of age.

      1. ☒ **Papers were served on** *(date)*:   **NOVEMBER 9, 2007**   at *(time)*:   **12:30PM**

   b. ☐ **By Substituted service.** By leaving copies:

      1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. ☐ **Papers were served on** *(date)*: _____   at *(time)*: _____

---
                                                                                                              1
**PROOF OF SERVICE-SUMMONS AND COMPLAINT**
**CV-1 (04/01)**

    4. ☐ **by mailing** (by first-class mail, postage prepaid) copies to the person served in item 2(b) at the place were the copies were left in Item 2(c).

    5. ☐ **papers were mailed** on (date): _____

    6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage pre-paid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P.4(h))** (C.C.P. 416.10) By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment of by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, a mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of state requires a court order. **(Attach a copy of the order to this proof of service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt o other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**
    a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.
Name of person served:
Title of person served:
Date and time of service: *(date):* _____ at *(time):* _____
    b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attached signed return receipt of other evidence of actual receipt by the person served).**

    c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.
7. Person serving *(name, address and telephone number):*

**JAMES A. JUSTIS**
c/o NATIONWIDE LEGAL, INC.
1255 POST STREET, SUITE #500
SAN FRANCISCO, CA 94109
(415) 351-0400

a. Fee for service: $

b. ☒ Not a Registered California Process Server

c. ☐ Exempt from registration under B&P 2235(b)

d. ☐ Registered California Process Server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: NOVEMBER 9, 2007

*(Signature)*

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**
CV-1 (04/01)

UNITED STATES DISTRICT COURT: NORTHERN DISTRICT OF CALIFORNIA

ALUM – FIT, INC., ON BEHALF OF ITSELF AND ALL OTHERS SIMILIARLY SITUATED

VS                                CASE NO.: C 07 5555

ARKANSAS BEST CORPORATION, ABF FREIGHT SYSTEM, INC., AVERITT EXPRESS, CON-WAY, INC., CON-WAY FREIGHT, INC., ESTES EXPRESS LINES, FEDEX CORPORATION, ET. AL.

### AFFIDAVIT OF SERVICE

1. I, James A. Justis am at least 18 years of age, competent to testify, and not a party to this action, and not otherwise interested in the subject matter in controversy in this action.

2. On the 9TH day of NOVEMBER, 2007, 12:30 PM, I served ESTES EXPRESS LINES C/O ROBEY W. ESTES, JR. (AGENT FOR SERVICE)

    (   ) Personal Service by delivering a copy thereof in writing to the party in person.

    (   ) Delivered to family member other than a temporary sojourner or guest of age sixteen or older at usual place of abode of party named above after giving information of its purport.
    List name, relationship of recipient to party named above:

    (   ) Substitute Service at usual Place of Business or Employment by delivering and leaving with the person apparently in charge thereof during business hours after giving information of its purport. Name and title: .

    ( XXX ) Corporate Service by delivering and leaving with GARY D. OKES, who is the CHIEF FINANCIAL OFFICER AND IS AUTHORIZED TO ACCEPT LEGAL DOCUMENTS SERVED ON ROBEY W. ESTES, JR. IN HIS CAPACITY AS REGISTERED AGENT OF ESTES EXPRESS LINES, of the above entity/person being served.

    (   ) Posted on inside of front door or such other door as appears to be the main entrance of the usual place of abode, address listed below. (Other authorized recipient not found). Address was verified by a

    SUMMONS & COMPLAINT

    At 3901 WEST BROAD STREET, RICHMOND, VA 23230.

3. I solemnly affirm under penalties of perjury that the contents of the foregoing affidavit are true to the best of my knowledge, information, and belief.

Additional Comments:

SERVOR, INC.

_____
Process Server
6409 MALLORY DRIVE
RICHMOND, VIRGINIA 23226
(804)285-0959

Commonwealth of Virginia
County of Henrico
Subscribed and Sworn before me this 13TH day of November 2007
By James A. Justis
My Commission Expires on 11/30/2011

Notary Public James E. Cogle



November 22, 2006

POWER OF ATTORNEY

I authorize Gary D. Okes or Donna M. Turner to accept legal documents served on me in my capacity as Registered Agent of Estes Express Lines.

*Robey W. Estes Jr.*

Robey W. Estes, Jr.
President & CEO

State of  Virginia   (City)/County of  Richmond  , to wit:

I,  Brenda W. Earley  , a Notary Public in and for the (city)/county of  Richmond  , State of  Virginia  , do hereby certify that  Robey W. Estes, Jr.  appeared before me on  11-22-06  , and executed in my presence the foregoing Promissory Note.

Given under my hand this  22nd  day of  November  , 20 06 .

*Brenda W. Earley*
Notary Public

My commission expires: My Commission Expires Feburary 28, 2007

Corporate Offices: 3901 West Broad Street, Richmond, VA 23230-3962 • Mailing Address: P.O. Box 25612, Richmond, VA 23260-5612
Phone: (804) 353-1900 • Fax: (804) 353-8001 • Website: www.estes-express.com • An ExpressLINK Carrier
LTL • Expedited • Volume and Truckload • Offshore and International • Supply Chain Management and Warehousing