1  FRANCIS O. SCARPULLA (41059)
2  CRAIG C. CORBITT (83251)
   CHRISTOPHER T. MICHELETTI (136446)
3  JOSE M. UMBERT (227318)
   ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP
4  44 Montgomery Street - Suite 3400
   San Francisco, California 94104
5  Telephone: 415-693-0700
   Facsimile: 415-693-0770
6
7  Attorneys for Plaintiff,
   ALUM-A-LIFT, INC. AND THE PROPOSED CLASS
8
9
10
11                     UNITED STATES DISTRICT COURT
12                    NORTHERN DISTRICT OF CALIFORNIA
13                        SAN FRANCISCO DIVISION

| | |
|---|---|
| 14  ALUM-A-LIFT, INC., on Behalf of Itself and All Others Similarly Situated, | ) Case No. C 07-5555 MMC |
| 15                    Plaintiffs, | ) |
| 16        vs. | ) |
| 17  ARKANSAS BEST CORPORATION, ABF FREIGHT SYSTEM, INC., AVERITT EXPRESS, CON-WAY, INC., CON-WAY FREIGHT, INC., ESTES EXPRESS LINES, FEDEX CORPORATION, FEDEX FREIGHT CORPORATION, JEVIC TRANSPORTATION, INC., SUN CAPITAL PARTNERS IV, LLC, NEW ENGLAND MOTOR FREIGHT, INC., OLD DOMINION FREIGHT LINE, INC., R+L CARRIERS, INC., SAIA, INC., SAIA MOTOR FREIGHT LINE LLC, UNITED PARCEL SERVICE, INC. and YRC WORLDWIDE INC., Defendants. | ) **CERTIFICATE OF SERVICE** |

1
CERTIFICATE OF SERVICE
Case No. C 07-5555 MMC

**CERTIFICATE OF SERVICE**

      I, Rita Mehler, certify and declare under penalty of perjury that I: am a citizen of the United States; am over the age of 18 years; am employed by Zelle, Hofmann, Voelbel, Mason & Gette LLP, at the address indicated, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to or interested in the cause entitled upon the document to which this Proof of Service is affixed; and that I served a true and correct copy of the following document(s) in the manner indicated below:

**PROOFS OF SERVICE OF SUMMONS AND COMPLAINT**

☐ by today depositing, at San Francisco, California, the said document(s) in the United States mail in a sealed envelope, with first-class postage thereon fully prepaid; (and/or)

☐ by facsimile transmission to the parties listed below;

☐ by overnight mail to the parties listed below;

☐ by today personally delivering the said document(s) to the person(s) indicated below in a manner provided by law, by handing them the documents or by leaving the said document(s) at the office(s) or usual place(s) of business, during usual business hours, of the said person(s) with a clerk or other person who was apparently in charge thereof and at least 18 years of age, whom I informed of the contents.

☐ (BY ELECTRONIC MAIL) I caused such document(s) to be emailed to the offices and/or to attorneys of offices of the above named addressee(s).

☒ **By USDC Live System-Document Filing System:** on all interested parties registered for e-filing.

Dated: November 27, 2007

Signed  /s/Rita Mehler
          Rita Mehler

#3171305