FRANCIS O. SCARPULLA (41059)
CRAIG C. CORBITT (83251)
CHRISTOPHER T. MICHELETTI (136446)
JOSE M. UMBERT (227318)
ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP
44 Montgomery Street - Suite 3400
San Francisco, California 94104
Telephone: 415-693-0700
Facsimile: 415-693-0770

Attorneys for Plaintiff,
ALUM-A-LIFT, INC. AND THE PROPOSED CLASS

[Additional Counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ALUM-A-LIFT, INC., on Behalf of Itself and All Others Similarly Situated,<br><br>     Plaintiffs,<br><br> vs.<br><br>ARKANSAS BEST CORPORATION, ABF FREIGHT SYSTEM, INC., AVERITT EXPRESS, CON-WAY, INC., CON-WAY FREIGHT, INC., ESTES EXPRESS LINES, FEDEX CORPORATION, FEDEX FREIGHT CORPORATION, JEVIC TRANSPORTATION, INC., SUN CAPITAL PARTNERS IV, LLC, NEW ENGLAND MOTOR FREIGHT, INC., OLD DOMINION FREIGHT LINE, INC., R+L CARRIERS, INC., SAIA, INC., SAIA MOTOR FREIGHT LINE LLC, UNITED PARCEL SERVICE, INC. and YRC WORLDWIDE INC.,<br><br>     Defendants. | Case No. C 07-5555 MMC<br><br>**NOTICE OF ENTRY OF CONDITIONAL TRANSFER ORDER** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Notice is hereby given of the entry of the attached Conditional Transfer Order ("CTO") by the U.S. Judicial Panel on Multidistrict Litigation. Pursuant to its terms, the CTO became effective upon filing in the U.S. District Court for the Northern District of Georgia, which filing occurred on February 1, 2008 as indicated on the attached CTO.

DATED: February 11, 2008

By  /s/  Christopher T. Micheletti

FRANCIS O. SCARPULLA (41059)
CRAIG C. CORBITT (83251)
CHRISTOPHER T. MICHELETTI (136446)
JOSE M. UMBERT (227318)
ZELLE, HOFMANN, VOELBEL, MASON
 & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:  (415) 693-0700
Facsimile:  (415) 693-0770

NICHOLAS P. HULCHIY
BELZER, HULCHIY & MURRAY
3650 Mt. Diablo Blvd., Ste 130
Lafayette, CA 94549
Telephone:  (925) 284-9600
Facsimile:  (925) 284-9630 (fax)

Attorneys for Plaintiff ALUM-A-LIFT, INC.
AND THE PROPOSED CLASS



UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: LTL SHIPPING SERVICES ANTITRUST
LITIGATION

MDL No. 1895

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-2)

On December 20, 2007, the Panel transferred 13 civil actions to the United States District Court for the Northern District of Georgia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable William S. Duffey, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Georgia and assigned to Judge Duffey.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Georgia for the reasons stated in the order of December 20, 2007, and with the consent of that court, assigned to the Honorable William S. Duffey, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Georgia. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: LTL SHIPPING SERVICES ANTITRUST
LITIGATION

MDL No. 1895

## SCHEDULE CTO-2 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**         **CASE CAPTION**

CALIFORNIA NORTHERN
  CAN  3  07-5555         Alum-A-Lift, Inc. v. Arkansas Best Corp., et al.

CALIFORNIA SOUTHERN
  CAS  3  07-2161         Strates Enterprises, Inc. v. Arkansas Best Corp., et al.
  CAS  3  07-2162         A&A Beauty Supply, Inc. v. Arkansas Best Corp., et al.
  CAS  3  07-2166         Kenneth Fox Supply Co. v. Arkansas Best Corp., et al.

NEW JERSEY
  NJ    1  07-5611         Greenman, Inc. v. Arkansas Best Corp., et al.

**CERTIFICATE OF SERVICE**

I, Rita Mehler, certify and declare under penalty of perjury that I: am a citizen of the United States; am over the age of 18 years; am employed by Zelle, Hofmann, Voelbel, Mason & Gette LLP, at the address indicated, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to or interested in the cause entitled upon the document to which this Proof of Service is affixed; and that I served a true and correct copy of the following document(s) in the manner indicated below:

**NOTICE OF ENTRY OF CONDITIONAL TRANSFER ORDER**

☐ by today depositing, at San Francisco, California, the said document(s) in the United States mail in a sealed envelope, with first-class postage thereon fully prepaid; (and/or)
☐ by facsimile transmission to the parties listed below;
☐ by overnight mail to the parties listed below;
☐ by today personally delivering the said document(s) to the person(s) indicated below in a manner provided by law, by handing them the documents or by leaving the said document(s) at the office(s) or usual place(s) of business, during usual business hours, of the said person(s) with a clerk or other person who was apparently in charge thereof and at least 18 years of age, whom I informed of the contents.
☐ (BY ELECTRONIC MAIL) I caused such document(s) to be emailed to the offices and/or to attorneys of offices of the above named addressee(s).
☒ **By USDC Live System-Document Filing System:** on all interested parties registered for e-filing.

Dated: February 11, 2008                    /s/Rita Mehler
                                             Rita Mehler

---

CERTIFICATE OF SERVICE
Case No. C 07-5555 MMC