IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALUM-A-LIFT, INC., on Behalf of Itself and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>ARKANSAS BEST CORPORATION, et al.,<br><br>    Defendants<br>_____/ | No. C-07-5555 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

    The Court is in receipt of plaintiff's "Notice of Entry of Conditional Transfer Order," filed February 11, 2008, with which plaintiff has submitted the United States Judicial Panel on Multidistrict Litigation's order conditionally transferring the instant action for inclusion in MDL No. 1895, In re: LTL Shipping Services Antitrust Litigation. No defendant has appeared in the instant action.

    Accordingly, for good cause shown, the February 15, 2008 case management conference is hereby continued to May 16, 2008 at 10:30 a.m. A joint case management statement shall be filed no later than May 9, 2008.

    **IT IS SO ORDERED.**

Dated: February 12, 2008

                                                          MAXINE M. CHESNEY<br>                                                          United States District Judge