JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 11 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: LTL SHIPPING SERVICES ANTITRUST
LITIGATION

MDL No. 1895

**FILED**

FEB 1 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-2)

On December 20, 2007, the Panel transferred 13 civil actions to the United States District Court for the Northern District of Georgia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___ F.Supp.2d ___ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable William S. Duffey, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Georgia and assigned to Judge Duffey.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Georgia for the reasons stated in the order of December 20, 2007, and, with the consent of that court, assigned to the Honorable William S. Duffey, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Georgia. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN 29 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

ATTEST: A TRUE COPY
CERTIFIED THIS
FEB - 5 2008
James N. Hatten, Clerk
By: Deputy Clerk

IN RE: LTL SHIPPING SERVICES ANTITRUST
LITIGATION

MDL No. 1895

### SCHEDULE CTO-2 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

CALIFORNIA NORTHERN
MMC   CAN  3  07-5555         Alum-A-Lift, Inc. v. Arkansas Best Corp., et al.

CALIFORNIA SOUTHERN
    CAS  3  07-2161         Strates Enterprises, Inc. v. Arkansas Best Corp., et al.
    CAS  3  07-2162         A&A Beauty Supply, Inc. v. Arkansas Best Corp., et al.
    CAS  3  07-2166         Kenneth Fox Supply Co. v. Arkansas Best Corp., et al.

NEW JERSEY
    NJ   1  07-5611         Greenman, Inc. v. Arkansas Best Corp., et al.

IN RE: LTL SHIPPING SERVICES ANTITRUST
LITIGATION

MDL No. 1895

### INVOLVED COUNSEL LIST (CTO-2)

Robert J. Gralewski Jr.
GERGOSIAN & GRALEWSKI LLP
655 W. Broadway
Suite 1410
San Diego, CA 92101

Christopher T. Micheletti
ZELLE HOFMANN VOELBEL MASON & GETTE LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94104

Samuel R. Miller
SIDLEY AUSTIN LLP
555 California Street
Suite 5000
San Francisco, CA 94111

Lisa J. Rodriguez
TRUJILLO RODRIGUEZ & RICHARDS LLC
8 Kings Highway West
Haddonfield, NJ 08033